DAL 2019R00174

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. JKB-19-0218 |
| | * (POSSESSION OF A FIREARM IN A |
| v. | * FEDERAL FACILITY, 18 U.S.C. § |
| | * 930(a)) |
| SYLVESTER DORSEY, | * |
| | * |
| | * |
| Defendant. | * |
| | * |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about February 12, 2019 in the District of Maryland, the defendant,

**SYLVESTER DORSEY,**

knowingly possessed and caused to be present, and did knowingly attempt to possess and attempt to cause to be present, a firearm in a Federal Facility, to wit: a Glock Model 27 .40 caliber handgun, bearing serial number HSB373 and six rounds of .40 caliber Winchester ammunition, at the Veterans Affairs Medical Center located at 10 North Greene Street, Baltimore, MD 21201.

18 U.S.C. § 930(a)

DAL 2019R00174

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 930(a) set forth in Count One of this Indictment, the defendant, **SYLVESTER DORSEY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   a. one Glock Model 27 .40 caliber handgun, bearing serial number HSB373 and any and all rounds of ammunition contained therein or possessed by the defendant, including but not limited to six rounds of .40 caliber Winchester ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

2

DAL 2019R00174

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur* s/DMZ
Robert K. Hur
United States Attorney

SIGNATURE REDACTED

FOREPERSON

4·30·19
DATE

3